IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RACHEL M. BORDER,**

      **Plaintiff,**

                                  **Case No. 2:12-cv-379**
  **v.**                               **Judge Marbley**
                                  **Magistrate Judge King**

**CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

<u>ORDER</u>

On October 31, 2013, the United States Magistrate Judge recommended that plaintiff's motion for an award of attorney fees and costs, Doc. No. 23, be granted in part. *Report and Recommendation*, Doc. No. 25. Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 25, is **ADOPTED AND AFFIRMED**. Plaintiff's motion for an award of attorney fees and costs, Doc. No. 23, is **GRANTED in part**. Plaintiff is **AWARDED** an attorney fee, costs, and expenses under the Equal Access to Justice Act, 28 U.S.C. §2412, in the total amount of $5,000.00. It is understood that, if plaintiff owes no pre-existing debt to the United States that is subject to offset, the Commissioner will direct that the award be made payable to plaintiff's attorneys.

                                                ___s/Algenon L. Marbley_____
                                                    Algenon L. Marbley
                                             United States District Judge